1:23-cv-00578-JRS-MJD

To the U.S District Court

Plaintiff: Benjamin Marburger

FILED
04/03/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Defendent: Jonathan Stevens West Terre Haute Police Dept

I am filing a lawsuite against officer Jonathan Stevens in regards to a false statement that he made to DCS, he stated that Benjamin Marburger admitted to LE that he sexualy abused his daughter. This statement was later proven to be a false statement made by officer Jonathen Stevens of the West Terre Haute Police Dept. I am filing a lawsuite against Jonathen Stevens and the West Terre Haute Police Dept for this flase statement in regards to myself.

Benjamin Marburger