UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BENJAMIN MARBURGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00578-JRS-MJD |
| | ) | |
| JONATHAN STEVENS, | ) | |
| WEST TERRE HAUTE POLICE DEPT, | ) | |
| | ) | |
| Defendants. | ) | |

### Final Judgment

Plaintiff's Complaint, (ECF No. 1), is **dismissed without prejudice**. This is a

**final judgment** under Federal Rule of Civil Procedure 58. This case is now closed.

**SO ORDERED.**

Date: 06/05/2023

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
     Deputy Clerk, U.S. District Court

_James R. Sweeney_
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Benjamin Marburger
8881 W. C.R. 700 S
Coatsville, IN 46121